# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JACOBSON,<br><br>    Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. CV 04-3629-JFW (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) defendants' Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56 is granted; (2) plaintiff's Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56 is denied; and (3) judgment shall be entered dismissing this action with prejudice as to Claim Twelve and without prejudice as to Claims Thirteen and Eighteen.

DATED: 8/25/09

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE