# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JACOBSON, | Case No. CV 04-3629-JFW (JTL) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

In accordance with the Amended Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to Claim Twelve and without prejudice as to Claims Thirteen and Eighteen.

DATED: 8/21/9

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE